Criminal Case Template












COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE: DAVID R. HOPKINS
,


 Relator.


§



§


§


§


§

No. 08-03-00127-CR



AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDUM OPINION



 David R. Hopkins seeks a writ of mandamus directing the trial court to grant him
credit for time spent in a substance abuse felony treatment center as a condition of
community supervision. This court has authority to issue a writ of mandamus in a criminal
law matter if two conditions are met: 1) there is no adequate remedy at law; and 2) the act
sought to be compelled is ministerial. Ater v. Eighth Court of Appeals, 802 S.W.2d 241, 243
(Tex. Crim. App. 1991). In this case, Hopkins has an adequate remedy at law; he may seek
relief through a petition for writ of habeas corpus. See id. (stating that a writ of habeas
corpus is an adequate remedy at law); Ex parte Pizzalota, 610 S.W.2d 486, 488 (Tex. Crim.
App. 1980) (granting habeas relief where petitioner had not received proper credits); see also
Tex. Code Crim. Proc. Ann. art 11.07 (Vernon Supp. 2003) (setting forth the procedure to
obtain habeas relief). Accordingly, we deny the petition for writ of mandamus.

March 27, 2003


 RICHARD BARAJAS, Chief Justice


Before Panel No. 2

Barajas, C.J., McClure, and Chew, JJ.


(Do Not Publish)